MERLE M. GEDDIS, RESPONDENT, v. WESTSIDE NATIONAL BANK OF WEST PATERSON, NEW JERSEY, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Hart & Vanderwart.*

For the appellant, *David S. Herman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Newman in the Circuit Court, and reported in 7 *N. J. Mis. R.* 245.

*For affirmance*—THE CHANCELLOR, TRENCHARD, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, HETFIELD, JJ. 9.

*For reversal*—THE CHIEF JUSTICE, PARKER, BODINE, MC-GLENNON, KAYS, DEAR, JJ. 6.